|  | Plaintiff Name | Date of Birth | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) | Causes of Action (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Abbott, Dennis | 10/5/1959 | Florida | Northern District of Florida | Yes | No | Yes | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 2 | Ables, Mark | 3/12/1963 | Florida | Middle District of Florida | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 3 | Abrams, Scott | 1/23/1986 | Pennsylvania | Western District of Pennsylvania | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 4 | Adams, Christopher | 1/11/1991 | Massachusetts | District of Massachusetts | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 5 | Aleman, Maria | 11/14/1972 | California | Southern District of California | Yes | No | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 6 | Allen, Charles o/b/o Rogers, Lance | 5/28/1966 | Florida | Middle District of Florida | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X |
| 7 | Anderson, Billy | 3/5/1950 | Ohio | Southern District of Ohio | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 8 | Arkadie, Shandel | 11/26/1962 | Colorado | District of Colorado | Yes | No | No | Hyperparathyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 9 | Austin, David | 12/21/1947 | Florida | Middle District of Florida | Yes | Yes | Yes | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 10 | Bailey, Owen | 4/14/1986 | Arizona | District of Arizona | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |

|    | Plaintiff Name | Date of Birth | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) | Causes of Action (per ¶ 9) |
|----|---|---|---|---|---|---|---|---|---|
| 11 | Banks, Daryl | 1/23/1962 | Oklahoma | Northern District of Oklahoma | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 12 | Bennet, Ernest | 7/3/1947 | Illinois | Central District of Illinois | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 13 | Bennett, David | 8/23/1946 | Arizona | District of Arizona | Yes | No | Yes | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 14 | Bernal, Oliver | 5/22/1963 | Texas | Northern District of Texas | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 15 | Bilansky, Jeffrey | 11/2/1972 | Pennsylvania | Middle District of Pennsylvania | Yes | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 16 | Blanford, Ranay | 1/23/1960 | Wisconsin | Eastern District of Wisconsin | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 17 | Bogard, Jeremy | 8/22/1971 | Texas | Western District of Texas | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 18 | Bransted Jr., Paul | 6/16/1967 | Wisconsin | Western District of Wisconsin | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 19 | Brown, Luther | 8/26/1981 | Minnesota | District of Minnesota | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 20 | Brownlee, Kemora | 7/2/1981 | North Carolina | Middle District of North Carolina | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |

|    | Plaintiff Name | Date of Birth | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) | Causes of Action (per ¶ 9) |
|----|---|---|---|---|---|---|---|---|---|
| 21 | Bunn, Edward | 3/23/1973 | Maryland | District of Maryland | Yes | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 22 | Cade, Patricia | 4/7/1966 | Colorado | District of Colorado | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 23 | Cardona, Cesar | 5/3/1984 | Florida | Southern District of Florida | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 24 | Cardwell, Robert | 12/12/1969 | Alabama | Northern District of Alabama | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 25 | Casillas, Angie | 5/21/1981 | California | Eastern District of California | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 26 | Cerino, Alex | 3/24/1953 | California | Central District of California | Yes | No | Yes | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 27 | Clark, Corran | 9/19/1988 | Illinois | Central District of Illinois | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 28 | Cooley, William | 6/10/1945 | California | Central District of California | Yes | No | Yes | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 29 | Craig, Karen o/b/o Craig, Ralph | 1/25/1954 | Colorado | District of Colorado | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X |

| | Plaintiff Name | Date of Birth | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) | Causes of Action (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 30 | Crumrine, Robert | 12/27/1973 | Texas | Western District of Texas | Yes | No | Yes | Testicular Cancer and Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 31 | Cusumano, Christopher | 1/6/1971 | Pennsylvania | Middle District of Pennsylvania | Yes | Yes | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 32 | Davis, Joseph | 6/29/1963 | California | Central District of California | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 33 | De Simas III, Joseph | 10/20/1950 | California | Eastern District of California | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 34 | Duerbeck, David | 3/9/1963 | Virginia | Eastern District of Virginia | Yes | Yes | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 35 | Echevarria, Dail | 5/26/1969 | Florida | Middle District of Florida | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 36 | Eisenhauer, Dennis | 12/22/1952 | Florida | Middle District of Florida | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 37 | Eyler, Yvonne | 4/21/1965 | Arizona | District of Arizona | Yes | Yes | No | Hypothyroidism with Thyroid nodule | I, II, III, IV, V, VI, VII, VIII, IX |
| 38 | Fitzgerald, Monica | 7/1/1965 | Florida | Southern District of Florida | Yes | No | No | Papillar thyroid carcinoma | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name | Date of Birth | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) | Causes of Action (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 39 | Fominaya, Derek | 5/4/1986 | Florida | Northern District of Florida | Yes | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 40 | Gaskill, Keith | 2/27/1963 | New Jersey | District of New Jersey | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 41 | Gifford, Derek | 5/1/1980 | Florida | Middle District of Florida | Yes | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 42 | Gildein, John | 6/9/1945 | Florida | Middle District of Florida | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 43 | Green, Viktoria | 2/28/1977 | North Carolina | Eastern District of North Carolina | Yes | Yes | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 44 | Harrison, Olander | 7/19/1947 | North Carolina | Middle District of North Carolina | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 45 | Hart, Philip | 2/1/1974 | Minnesota | District of Minnesota | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 46 | Haywood, Thomas | 9/29/1966 | Tennessee | Eastern District of Tennessee | Yes | No | Yes | hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 47 | Hiestand, Timothy | 3/25/1957 | Ohio | Southern District of Ohio | Yes | No | Yes | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 48 | Hill, Philip | 1/23/1949 | Florida | Middle District of Florida | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name | Date of Birth | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) | Causes of Action (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 49 | Hines, Markiss | 7/24/1986 | North Carolina | Middle District of North Carolina | Yes | No | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 50 | Horton, Charley | 4/24/1956 | Florida | Middle District of Florida | Yes | No | Yes | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 51 | Johnson, Alvin | 5/24/1952 | Washington, D.C. | District of Columbia | Yes | Yes | No | Hyperparathyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 52 | Johnson, Brad | 12/31/1972 | Kansas | District of Kansas | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 53 | Jones, Jason | 7/12/1973 | Arizona | District of Arizona | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 54 | Kane, Timothy | 1/23/1960 | South Carolina | District of South Carolina | Yes | No | No | Papillary carcinoma | I, II, III, IV, V, VI, VII, VIII, IX |
| 55 | Kineard, Trophenia | 8/19/1962 | Texas | Northern District of Texas | Yes | Yes | No | Multinodular thyroid | I, II, III, IV, V, VI, VII, VIII, IX |
| 56 | Kinzler, Clayton | 5/24/1976 | Arkansas | Western District of Arkansas | Yes | No | Yes | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 57 | Knox Jr, Eddlon | 8/6/1946 | Virginia | Eastern District of Virginia | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name | Date of Birth | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) | Causes of Action (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 58 | Koch, Richard | 5/1/1953 | New Jersey | District of New Jersey | Yes | No | No | Thyroid Cancer / Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 59 | Kolb, Jeremy | 3/27/1986 | North Carolina | Middle District of North Carolina | Yes | Yes | Yes | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 60 | Koski, April | 10/4/1975 | Florida | Northern District of Florida | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 61 | Kremkow, Gregory | 5/22/1946 | Michigan | Eastern District of Michigan | Yes | No | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 62 | Lamm, Andrew | 3/14/1989 | South Carolina | District of South Carolina | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 63 | Laver, Carolyn o/b/o Laver, Robert | 1/18/1950 | Virginia | Eastern District of Virginia | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X |
| 64 | Lehman, Michael | 3/19/1969 | North Carolina | Western District of North Carolina | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 65 | Lewis Sr., Alfred | 5/23/1947 | Illinois | Northern District of Illinois | Yes | No | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 66 | Lewis, Eric | 10/1/1958 | California | Eastern District of California | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name | Date of Birth | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) | Causes of Action (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 67 | Lucar, Miguel | 2/20/1988 | California | Central District of California | Yes | No | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 68 | MacAllister, Sidney | 1/21/1969 | Texas | Northern District of Texas | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 69 | Maes, Daniel | 1/27/1981 | Colorado | District of Colorado | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 70 | Mahoney, Thomas | 6/30/1975 | Washington | Western District of Washington | Yes | No | Yes | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 71 | Maniaci, Vincent | 5/9/1970 | Washington | Western District of Washington | Yes | No | Yes | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 72 | Martinez, Pedro | 7/11/1982 | Colorado | District of Colorado | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 73 | McCabe, Timothy | 12/31/1965 | Michigan | Eastern District of Michigan | Yes | No | No | Thyroid Cancer and hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 74 | Meyers, Jesse | 2/28/1991 | Alabama | Northern District of Alabama | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 75 | Mickey, Paulette | 10/6/1975 | South Carolina | District of South Carolina | Yes | No | No | Hyperthyroidism | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name | Date of Birth | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) | Causes of Action (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 76 | Mikitin III, Charles | 2/6/1983 | New York | Northern District of New York | Yes | No | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 77 | Mitch, Kristie | 6/25/1985 | Louisiana | Western District of Louisiana | Yes | No | No | Hyperthyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 78 | Morales, Ferdinand | 9/13/1961 | California | Central District of California | Yes | Yes | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 79 | Morton, Joseph | 4/1/1976 | North Carolina | Eastern District of North Carolina | Yes | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 80 | Mozealous, Anthony | 5/18/1984 | Florida | Southern District of Florida | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 81 | Muller, Gordon | 12/9/1963 | Florida | Northern District of Florida | Yes | No | Yes | Hashimoto's thyroiditis and Renal cell carcinoma | I, II, III, IV, V, VI, VII, VIII, IX |
| 82 | Myers, Jason | 4/30/1972 | Washington, D.C. | District of Columbia | Yes | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 83 | Neloms, Randy | 7/10/1959 | Georgia | Middle District of Georgia | Yes | Yes | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 84 | Nugent, Daniel | 5/21/1948 | New Mexico | District of New Mexico | Yes | No | Yes | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name | Date of Birth | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) | Causes of Action (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 85 | Nunnally, Mark | 7/13/1966 | Illinois | Northern District of Illinois | Yes | Yes | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 86 | Ordway, Curtis | 3/28/1959 | North Carolina | Eastern District of North Carolina | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 87 | Owens, Larry | 1/9/1951 | Georgia | Northern District of Georgia | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 88 | Peterson, Angela | 11/22/1968 | Georgia | Northern District of Georgia | Yes | No | No | Ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 89 | Pettiford, S T | 9/13/1962 | Virginia | Eastern District of Virginia | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 90 | Pine, Phillip | 7/8/1962 | Texas | Eastern District of Texas | Yes | Yes | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 91 | Pintarelli, Joseph | 12/31/1961 | Oregon | District of Oregon | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 92 | Plank, Billy | 1/2/1976 | Texas | Northern District of Texas | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 93 | Powell, Trashanta | 11/20/1981 | North Carolina | Eastern District of North Carolina | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 94 | Preston, Matthew | 1/18/1970 | Oregon | District of Oregon | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name | Date of Birth | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) | Causes of Action (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 95 | Rasheed, Jameel | 12/12/1950 | Tennessee | Eastern District of Tennessee | Yes | No | Yes | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 96 | Rawson, Rhonda | 9/3/1967 | Virginia | Western District of Virginia | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 97 | Reiber, Elizabeth | 6/7/1987 | Texas | Eastern District of Texas | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 98 | Richarson, Tyler | 3/14/1986 | Iowa | Northern District of Iowa | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 99 | Roberts, Lance | 2/7/1975 | California | Southern District of California | Yes | No | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 100 | Robinson, Phillip | 12/7/1955 | North Carolina | Middle District of North Carolina | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 101 | Rodriguez, Pedro | 8/31/1982 | Maryland | District of Maryland | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 102 | Rojas, Luis | 12/2/1971 | Florida | Middle District of Florida | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 103 | Roman, Natasha | 4/8/1986 | Florida | Northern District of Florida | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 104 | Romano, Michelle | 6/21/1963 | North Carolina | Eastern District of North Carolina | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name | Date of Birth | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) | Causes of Action (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 105 | Roy, Patrick | 12/5/1989 | Michigan | Eastern District of Michigan | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 106 | Ruiz, Jose | 7/5/1970 | Florida | Southern District of Florida | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 107 | Santagata, Robert | 1/31/1963 | Wisconsin | Eastern District of Wisconsin | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 108 | Saunders, James | 7/9/1940 | Washington | Western District of Washington | Yes | No | Yes | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 109 | Saylor, Brenda | 6/25/1962 | New York | Western District of New York | Yes | No | No | Thyroid Cancer / Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 110 | Schnieder, Edward | 10/13/1963 | Alabama | Southern District of Alabama | Yes | Yes | Yes | Renal cell carcinoma | I, II, III, IV, V, VI, VII, VIII, IX |
| 111 | Shatilova, Yuliya | 6/27/1976 | Delaware | District of Delaware | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 112 | Shepker, Brian | 11/24/1977 | Pennsylvania | Eastern District of Pennsylvania | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 113 | Smith, Steven | 12/21/1951 | Idaho | District of Idaho | Yes | No | Yes | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name | Date of Birth | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) | Causes of Action (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 114 | Spellman, Timothy | 5/4/1959 | Colorado | District of Colorado | Yes | Yes | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 115 | Spiegel, Ray | 7/28/1980 | Pennsylvania | Western District of Pennsylvania | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 116 | Staples, Todd | 11/9/1970 | New York | Western District of New York | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 117 | Stenstrom, Bradley | 3/30/1963 | Florida | Middle District of Florida | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 118 | Stephens, Brent | 10/29/1958 | North Carolina | Middle District of North Carolina | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 119 | Streeter, Thomas | 12/16/1948 | California | Southern District of California | Yes | No | No | Renal Cell Carcinoma | I, II, III, IV, V, VI, VII, VIII, IX |
| 120 | Stringer, Markus | 2/7/1985 | Maryland | District of Maryland | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 121 | Sudds, Shentele | 8/28/1971 | Michigan | Eastern District of Michigan | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 122 | Swackhamer, Micheal | 4/26/1971 | Virginia | Eastern District of Virginia | Yes | Yes | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 123 | Sylvia, Lisa | 1/29/1966 | Rhode Island | District of Rhode Island | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name | Date of Birth | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) | Causes of Action (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 124 | Terry, Anthony | 10/1/1961 | Mississippi | Southern District of Mississippi | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 125 | Thao, Barbara | 2/13/1993 | Maryland | District of Maryland | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 126 | Theriot, Eric | 5/30/1970 | Louisiana | Western District of Louisiana | Yes | No | No | Thyroid Cancer classical variant | I, II, III, IV, V, VI, VII, VIII, IX |
| 127 | Thompson, Marlin | 7/6/1992 | Louisiana | Western District of Louisiana | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 128 | Tolson, Zackery | 8/8/2000 | South Carolina | District of South Carolina | Yes | No | No | Grave's Disease which resulted in a Thyroidectomy | I, II, III, IV, V, VI, VII, VIII, IX |
| 129 | Vargas-Bonilla, Jose | 2/14/1974 | Pennsylvania | Eastern District of Pennsylvania | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 130 | Veazie, Bernadette | 7/15/1989 | North | Middle District of North Carolina | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 131 | Viger, Thomas | 8/26/1964 | Vermont | District of Vermont | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |

|  | Plaintiff Name | Date of Birth | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) | Causes of Action (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 132 | Walker, Steven | 10/21/1981 | Florida | Northern District of Florida | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 133 | Weaver, Adrienne | 6/20/1988 | Virginia | Eastern District of Virginia | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 134 | Webber, Michael | 4/14/1945 | Florida | Southern District of Florida | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 135 | Wilkerson, Edgar | 2/27/1950 | South Carolina | District of South Carolina | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 136 | Wilkins, Andrew | 8/16/1986 | Virginia | Western District of Virginia | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 137 | Williams, Alicia | 2/18/1978 | California | Central District of California | Yes | Yes | No | Hypothyroidism/Hashimoto's Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 138 | Williams, Bruce | 6/16/1947 | Florida | Middle District of Florida | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 139 | Williams, Solomon | 7/27/1974 | Virginia | Eastern District of Virginia | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 140 | Williams, Trina | 1/6/1982 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 141 | Winemiller, James | 5/8/1976 | Texas | Southern District of Texas | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name | Date of Birth | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) | Causes of Action (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 142 | Woelffer, John | 3/10/1971 | Texas | Western District of Texas | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 143 | Wofford, Corey | 5/14/1995 | Oregon | District of Oregon | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 144 | Wolforth, Mary o/b/o Wolforth, Richard | 12/19/1948 | Texas | Western District of Texas | Yes | No | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX, X |
| 145 | Worley, James | 8/9/1960 | New Mexico | District of New Mexico | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 146 | Wyman, Michael | 1/27/1959 | Ohio | Northern District of Ohio | Yes | No | Yes | Hyperthyroidism_Grave's Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 147 | Young, John | 2/11/1989 | Rhode Island | District of Rhode Island | Yes | No | Yes | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 148 | Younger Jr., Herschel | 1/31/1956 | California | Southern District of California | Yes | Yes | No | Hypothyroidism | I, II, III, IV, V, VI, VII, VIII, IX |
| 149 | Zimmer, Alexander | 10/22/1985 | California | Central District of California | No | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 150 | Zwart, Jessica | 11/23/1987 | Louisiana | Eastern District of Louisiana | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX |